UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Beede Site Group</u>

    v.                    Civil No. 08-cv-00319-JL

<u>Leo P. LaRochelle, et al.</u>

### **O R D E R**

The Preliminary Pretrial Conference was held in chambers on **October 27, 2008.**

A joint amended Discovery Plan will be filed within 21 days of this order.

Based on the discussions between the court and counsel/parties at the conference, the following are **stricken** without prejudice to being reinstated on request if warranted by the evidence:

- plaintiff's claims:     none
- affirmative defenses:   Robert LaRochelle's fourth affirmative defense (estoppel)

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  October 27, 2008

cc:  Robert R. Lucic, Esq.
     Thomas K. MacMillan, Esq.
     Stephen H. Roberts, Esq.