```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF NEW HAMPSHIRE
```

Beede Site Group

    v.                              Civil No. 08-cv-00319-JL

Leo P. LaRochelle, et al.

**O R D E R**

The court hereby recuses itself from this case.  When the court initially declined to recuse itself from this case, it was unaware that the case was related to a consent decree arising from litigation in which the United States was a party that occurred while the court held the position of First Assistant United States Attorney for the District of New Hampshire.  The recusal policy adopted by the court at the time of its appointment, after discussions with representatives of its former employers, the United States Department of Justice, requires recusal under these circumstances.

The court apologizes for any inconvenience to the parties and counsel.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated:  June 1, 2009

cc:  Robert R. Lucic, Esq.
     Thomas K. MacMillan, Esq.
     Matthew A. Caffrey, Esq.
     Stephen H. Roberts, Esq.