UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Beede Site Group,
    Plaintiff

    v.                                            Civil No. 08-cv-319

Leo P. LaRochelle and
Robert J. LaRochelle,
    Defendants

### ORDER OF RECUSAL

Due to my having a financial interest in one of the companies listed on plaintiff's disclosure statement, recusal is mandatory. See 28 U.S.C. § 455(b)(4).

    **SO ORDERED.**

                                                  Steven J. McAuliffe
                                                 Chief Judge

June 5, 2009

cc:  Robert R. Lucic, Esq.
     Thomas K. MacMillan, Esq.
     Stephen H. Roberts, Esq.