UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Beede Site Group</u>

    v.                        Civil No. 08-cv-319

<u>Leo P. LaRochelle, et al.</u>


<u>O R D E R</u>

    The undersigned recuses himself from presiding over this case. The case shall be assigned to another judge.

    SO ORDERED.

                                        /s/ Joseph A. DiClerico, Jr.
                                        Joseph A. DiClerico, Jr.
                                        United States District Judge

Date:  June 9, 2009

cc:  Robert R. Lucic, Esquire
     Thomas K. MacMillan, Esquire
     Stephen H. Roberts, Esquire