**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**

**Beede Site Group**

   **v.**                                  Case No. 08-cv-319-PB

**Leo P. LaRochelle, et al.**

**O R D E R**

I recuse myself from presiding over this case.  The case shall be assigned to another judge.

SO ORDERED.

                                          /s/Paul Barbadoro
                                        Paul Barbadoro
                                        United States District Judge

June 11, 2009

cc:  Counsel of Record