UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Beede Site Group

      v.                                    NH Case No. 1:08-cv-319

Leo P. LaRochelle, et al

## ORDER

All active service district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Rhode Island; sitting by designation.

The recusal of all of the active service district judges in this court give rise to an "emergency" with respect to the referred case as that term is used in 28 U.S.C. § 636 (f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. §636(a) - (c).

SO ORDERED.

Date: June 17, 2009

Steven J. McAuliffe
Chief Judge

cc:    Robert R. Lucic, Esq.
        Thomas K. MacMillan, Esq.
        Matthew A. Caffrey, Esq.
        Stephen H. Robert, Esq.
        Clerk, USDC-Rhode Island

## **CONCURRING ORDER**

I concur that _William E. Smith_, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

I further concur that an emergency exists as specified above and that for the duration of this case Magistrate Judge _Lincoln D. Almond_ is assigned to perform such duties under 28 U.S.C. § 636 (a) - (c) as may be assigned to him/her by the district judge to whom this case is assigned.

Date: _June 30, 2009_     _Mary M. Lisi_
                         Chief United States District Judge
                         Assignee District

cc:   Joseph L. Harrington, III, Esq.
      Roy P. Giarrusso, Esq.
      Curtis Alan Connors, Esq.
      Clerk, USDC-New Hampshire

2